**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JOE LUMPKINS, Individually and for Others Similarly Situated,

Plaintiff,

v.

EN ENGINEERING, LLC, d/b/a ENTRUST SOLUTIONS GROUP

Defendant.

Civil Action No. 1:23-CV-01824

**JOINT MOTION FOR**
**APPROVAL OF CLASS ACTION SETTLEMENT**

The Parties reached a proposed settlement that resolves all wage and hour claims asserted in this Action on a class and collective basis on behalf of the 57 Inspectors who worked for Defendant and were paid under Defendant's minimum guarantee plus extras pay plan at any point in the past 3 years and opted-in to the collective. The Agreement contemplates a settlement under 29 U.S.C. 216(b).

Because the proposed Agreement resolves all potential claims and satisfies the criteria for preliminary approval, Plaintiffs respectfully request the Court grant approval of the Agreement attached as Exhibit 1.

Plaintiffs conferred with Defendant in the formation and submission of this memorandum and Defendant does not oppose the motion.

**Dated: June 3, 2025**

JOSEPHSON DUNLAP

By: */s/ Richard M. Schreiber*
*One of The Attorneys for Plaintiff and Opt-In Plaintiffs*

**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**Richard M. Schreiber**
TX Bar No. 24056278
**Josephson Dunlap**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**Bruckner Burch**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Douglas M. Werman
Maureen A. Salas
**Werman Salas P.C.**
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

*Attorneys for Plaintiffs*

DUANE MORRIS LLP

By: _*/s/ Gerald L. Maatman.*_
*One of The Attorneys for EN Engineering, LLC*

**Gerald L. Maatman, Jr.**
**Jennifer A. Riley**
**Alex W. Karasik**
**George J. Schaller**
**Duane Morris LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6700
Facsimile: (312) 499-6701
Email:gmaatman@duanemorris.com
Email:JARiley@duanemorris.com
Email:AWKarasik@duanemorris.com
Email: GSchaller@duanemorris.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2025, I filed the foregoing document on the Court's CM/ECF system.

*/s/ Richard M. Schreiber*
One of the Attorneys for Plaintiffs